No. 280. CUEVAS *v.* SUAU.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided May

---

No. 281. FRITZE, LUNDT & Co. *v.* ROSELLÓ.—Appeal from the District Court of Mayagüez. Motion to dismiss the appeal. Decided May 18, 1908. Appeal dismissed for noncompliance with sections 299 of the Code of Civil Procedure and 50 of the Rules of the Supreme Court. *Mr. Sama* for petitioner. *Mr. Feliú* for adverse party.